

Stephen J. Barrett
212.915.5479 (direct)
Stephen.Barrett@wilsonelser.com

February 25, 2020

**All deadlines in the case are stayed until April 24, 2020.**
**SO ORDERED.**
**Dated:  3/3/2020**

P. Kevin Castel
United States District Judge

<u>**VIA ECF**</u>

Hon. P. Kevin Castel
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

Re:   *Student Advantage Fund I LLC v. Kennedy Lewis Management LP*
      Case No.              1:19-cv-02401-PKC
      Our File No.:         21708-00001

Dear Judge Castel:

  Our office represents Plaintiff Student Advantage Fund I LLC ("SAF") in the above referenced matter.  We write jointly with counsel for Defendant Kennedy Lewis Management ("KLM") to notify the Court of the status of the parties' settlement negotiations and to request a brief stay of the proceedings.  The next Case Management Conference is scheduled for May 22, 2020 at 11:00 a.m.

  On February 11, 2020, SAF and KLM attended the court-ordered mediation and reached an agreement in principle to settle their dispute.  As a result, SAF and KLM anticipate dismissing this action after execution of a settlement agreement.  Certain conditions precedent to the execution of the proposed settlement agreement, however, will likely take several weeks to finalize and implement.  Accordingly, SAF and KLM request a 60-day stay of the case, with the parties reporting on their progress after 30 days.  SAF and KLM believe that this will allow the parties to resolve this case without further burdening the Court.

  We thank the Court for its time and attention to this matter.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Stephen Barrett

Stephen J. Barrett

10338539v.1