

Stephen J. Barrett
212.915.5479 (direct)
Stephen.Barrett@wilsonelser.com

April 21, 2020

**VIA ECF**

Hon. P. Kevin Castel
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

> Extension of discovery stay from April 24. 2020 to June 5, 2020 is GRANTED. The May 22, 2020 conference is adjourned to June 30, 2020 at 11:00am.
>
> SO ORDERED.
> April 22, 2020
>
> _____
> P. Kevin Castel
> United States District Judge

Re:   *Student Advantage Fund I LLC v. Kennedy Lewis Management LP*
      Case No.            1:19-cv-02401-PKC
      Our File No.:       21708-00001

Dear Judge Castel:

　　Our office represents Plaintiff Student Advantage Fund I LLC ("SAF") in the above referenced matter. We write jointly with counsel for Defendant Kennedy Lewis Management LP ("KLM") to notify the Court of the status of the parties' settlement negotiations and to request an extension of the discovery stay issued by the Court on March 3, 2020. The stay is presently set to expire on April 24, 2020, and the next Case Management Conference is scheduled for May 22, 2020 at 11:00 a.m.

　　On February 11, 2020, SAF and KLM attended a court-ordered mediation and reached an agreement in principle to settle their dispute. As previously indicated, certain conditions precedent to the execution of the proposed settlement agreement must be implemented prior to a final resolution. The parties continue to work diligently toward satisfying those conditions precedent. SAF and KLM still anticipate dismissing this action after execution of a settlement agreement, but believe that an additional 45 days will be necessary to reach that goal. Accordingly, SAF and KLM request that the stay previously issued by the Court (DE 78) be extended through June 5, 2020. The parties further request that the Case Management Conference presently scheduled for May 22, 2020 be adjourned *sine die*. SAF and KLM believe that this will allow the parties to resolve this case without further burdening the Court.

　　We thank the Court for its time and attention to this matter.

10338539v.1

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Stephen Barrett

Stephen J. Barrett

10338539v.1