UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STUDENT ADVANTAGE FUND I LLC,

                Plaintiff,                                19-cv-2401 (PKC)

       -against-                                      ORDER

KENNEDY LEWIS MANAGEMENT LP,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a pretrial conference in this case on July 28, 2020 at 2 p.m. The dial-in number and participant code set forth in counsel's letter of June 26, 2020 (DE 82) shall be used for that conference.

        SO ORDERED.

                                                                          P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
           June 30, 2020