

Stephen J. Barrett
212.915.5479 (direct)
Stephen.Barrett@wilsonelser.com

July 27, 2020

**VIA ECF**

Hon. P. Kevin Castel
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

Re:     *Student Advantage Fund I LLC v. Kennedy Lewis Management LP*
        Case No.            1:19-cv-02401-PKC
        Our File No.:       21708.00001

Dear Judge Castel:

Our office represents Plaintiff Student Advantage Fund I LLC in the above referenced matter. In light of the stipulation of dismissal filed earlier today (DE 84), we write to request that the Case Management Conference scheduled for July 28, 2020 at 2:00 p.m. be cancelled.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Stephen Barrett
Stephen J. Barrett

*[Handwritten annotation: Conference vacated by reason of dismissal.
SO ORDERED
/s/ [signature]
USDJ
7-27-20]*