UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDENT ADVANTAGE FUND I LLC,<br><br>Plaintiff,<br><br>-against-<br><br>KENNEDY LEWIS MANAGEMENT LP,<br><br>Defendant. | No. 19-cv-02401 (PKC)<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

*[Handwritten on order: "Case is closed. All motions Terminated. SO ORDERED. /s/ USDJ 7-28-20"]*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate to the voluntary dismissal with prejudice of the above-captioned action and all claims of Plaintiff Student Advantage Fund I LLC against Defendant Kennedy Lewis Management LP. The parties agree to bear their own attorneys' fees, costs, and expenses. The undersigned counsel represent that throughout the course of the litigation, they and their clients have complied with the provisions of Federal Rule of Civil Procedure 11.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Stephen J. Barrett
150 East 42nd Street
New York, New York 10017
Telephone: (212) 915-5479
Facsimile: (212) 490-3038
stephen.barrett@wilsonelser.com

Dated: July 28, 2020

AKIN GUMP STRAUSS HAUER
& FELD LLP
Christopher J. Gessner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
:om

Dated: July 28, 2020

1